UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JARVIS BROWN (#710737)**     CIVIL ACTION

**VERSUS**

**LOUISIANA STATE PENITENTIARY,
ET AL.**     NO. 21-00309-BAJ-RLB

### RULING AND ORDER

On July 27, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 5, the "R&R")**, recommending that the above-captioned action be dismissed with prejudice as frivolous pursuant to the screening requirements of 28 U.S.C. §§ 1915(e) and 1915A. The deadline to object to the R&R is past, with no objection from Plaintiff.

Having carefully considered the matter, and in the absence of any objection, the Court **APPROVES** the R&R's analysis, and **ADOPTS** that analysis as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that all federal claims be and are hereby **DISMISSED WITH PREJUDICE**, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 16th day of August, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA